## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Francisco Romero
                              Plaintiff,

v.                                                 Case No.: 1:15−cv−00713
                                                               Honorable Sharon Johnson Coleman

Michael P. Atchison, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 30, 2015:

      MINUTE entry before the Honorable Sharon Johnson Coleman: For the foregoing reasons, Defendants' motion to dismiss [37] is granted in part and denied in part. Romero's conspiracy claims are dismissed with prejudice, as is Count 4. Defendants Lee, Shaw, and Harris are also dismissed from the suit. Defendants' motion to dismiss is denied with respect to the remaining claims against the remaining defendants. Enter Memorandum Opinion and Order.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.