IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Francisco Romero, | ) | |
| Plaintiff(s), | ) | Case No: 15cv713 |
| v. | ) | Magistrate Judge: M. David Weisman |
| Michael P. Atchison et al, | ) | |
| Defendant(s), | ) | |

**ORDER**

Magistrate Judge Status hearing held. The Court orally ruled on Plaintiff's December 2016 motion to compel. (Dkt. 88.) Originally, the Court denied Plaintiff's motion to compel the intelligence file on the grounds Plaintiff did not have a due process right to see it and that the Defendants had serious concerns about disclosing the file to him. (Dkt. 98.) However, on Jan. 19, 2017 the Court granted Plaintiff's motion for reconsideration of the Court's order denying Plaintiff's motion to compel. (Dkt. 100). In consideration of that motion, the Court ordered Defendants to produce the intelligence file for an *in camera* review to determine the relevancy of its contents. Based on the Court's *in camera* review of the IDOC intelligence file, and for those reasons stated on the record, the Court finds that the file has no relevance to Plaintiff's substantive claims and therefore, the Court will decline to order the production of the file, and also declines to order limited review of the file limited to plaintiff's counsel. In summary, from the Court's examination of the intelligence file, the Court finds the information contained therein to be generally reliable based on the context and nature of the reporting. The intelligence file clearly establishes that Plaintiff was a gang member at the time of his transfer to administrative detention. It also demonstrates that Plaintiff has had active involvement in a gang while in IDOC custody. Plaintiff's gang membership has been relatively recent and there was clearly a connection between the timing of Plaintiff's transfer into administrative detention and the threat he posed. Further, the Court found that Plaintiff's confinement in administrative detention was not motivated by Plaintiff filing complaints to prison officials. This ruling is not a factual finding as to Plaintiff's claims. Rather, this ruling establishes that Plaintiff does not need access to the intelligence file in order to fairly prosecute his claims. Status hearing set for 4/18/17 at 9:15 a.m. Prior to the status, the parties should consult with their clients regarding the potential of a settlement conference and have agreed available dates for a settlement conference.

T:(00:11)

Date: March 7, 2017

_____
M. David Weisman
United States Magistrate Judge