**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FRANCISCO ROMERO, | ) | |
| | ) | |
| Plaintiff, | ) | No. 15-cv-00713 |
| | ) | |
| v. | ) | Honorable Sharon Johnson Coleman |
| | ) | |
| MICHAEL P. ATCHISON, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**

Defendants, Michael P. Atchison, Major Cowan, Counselor Eilts, Salvador Godinez, David Gomez, Marcus Hardy, Major Hasemeyer, Major Hughes, Michael Lemke, Michael Magana, Randy Pfister, Guy Pierce, Jr., Guy Pierce, Sr., Joshua Schoenbeck, Officer Snyder, Officer Starkey, Assistant Warden Tejeda, and Major Trancoso ("Defendants"), by and through their attorney KWAME RAOUL, Attorney General of Illinois, and pursuant to Fed. R. Civ. P. 6(b)(1)(A), respectfully request a 28-day extension of time, to and including September 4, 2020, to file their motion for summary judgment. In support thereof, Defendants state the following:

1. On February 5, 2020, this Honorable Court set a deadline of May 22, 2020 for the parties to file dispositive motions. (Dkt. No. 248.)

2. On March 16, 2020, Chief Judge Rebecca R. Pallmeyer entered Amended General Order 20-0012, which extended deadlines in this case by 21 days. (Dkt. No. 258.)

3. On March 30, 2020, Chief Judge Rebecca R. Pallmeyer entered Second Amended General Order 20-0012, which further extended deadlines in this case by an additional 28 days. (Dkt. No. 259.)

4. On April 24, 2020 Chief Judge Rebecca R. Pallmeyer entered Third Amended General Order 20-0012, which extended deadlines in this case by an additional 28 days. (Dkt. No. 260.)

5. Based on the Chief Judge's General Orders, the deadline for the parties to file dispositive motions in this case was extended by 77 days, or to August 7, 2020.

6. On July 27, 2020, Assistant Attorney General Kirby began a leave of absence.

7. On July 28, 2020, the undersigned counsel filed her appearance on behalf of Defendants. (Dkt. 272.)

8. Given the age and complexity of the case, and despite counsel's diligent efforts, Defendants will be unable to meet this deadline and request a short extension to complete their summary judgment motion.

9. As such, Defendants are seeking a 28-day extension of time to file their motion for summary judgment.

10. Defendants have conferred with Plaintiff's counsel regarding this Motion, and Plaintiff does *not* object to Defendants' requested relief.

11. This motion is brought in good faith and not for the purpose of undue delay or any other improper purpose. Granting Defendants the requested relief will not prejudice Plaintiff.

WHEREFORE, Defendants respectfully request that this Honorable Court request that this Honorable Court extend the deadline for filing their dispositive motions to September 4, 2020, and for any further relief that the Court finds reasonable and just.

Dated: August 4, 2020

Respectfully Submitted,

KWAME RAOUL  */s/ Kristin K. Lindemann*

| | |
|---|---|
| Attorney General of Illinois | KRISTIN K. LINDEMANN<br>Assistant Attorney General<br>Office of the Illinois Attorney General<br>100 West Randolph Street, 13th Floor<br>Chicago, Illinois 60601<br>(312) 814-5179<br>klindemann@atg.state.il.us<br><br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 4, 2020, she electronically filed the foregoing document with the Clerk of the Court for the Northern District of Illinois by using the CM/ECF system. All participants in the case are registered CM/ECF users who will be served by the CM/ECF system.

*/s/ Kristin K. Lindemann*
KRISTIN K. LINDEMANN