IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Francisco Romero, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 15-cv-00713 |
| Michael Atchison *et al.*, | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(a), Plaintiff Francisco Romero, by his undersigned counsel, hereby moves the Court for partial summary judgment. In support Plaintiff states:

1. Plaintiff is an Illinois Department of Corrections ("IDOC") prisoner. He was confined in administrative detention ("AD"), a form of solitary confinement, for years.

2. Between November 1, 2012 and August 3, 2014, Plaintiff was given no notice of the reasons he was confined in AD and no opportunity to be heard in the IDOC's periodic reviews of his AD confinement.

3. Between August 3, 2014 and at least May 1, 2015 Plaintiff was given rote notices that repeated years-old "intelligence" stating that he had "recently" engaged in misconduct. Plaintiff contends that this information is false, but in all events it is undisputed that this stale, repeated rote language gave Plaintiff no information about why he was still detained in AD and what he could do to earn his way out.

**WHEREFORE**, For the reasons set forth in Plaintiff's Memorandum in Support of Motion for Partial Summary Judgment and Plaintiff's Local Rule 56.1 Statement of Undisputed

Facts, both of which are filed concurrently herewith, Plaintiff respectfully moves the Court to enter an order granting partial summary judgment that:

A. Plaintiff's confinement in AD from November 1, 2012 and May 1, 2015, during which time he received no notice at all or rote notices, was an "atypical and significant hardship" when compared to "the ordinary incidents of prison life" sufficient to afford Plaintiff due process protection under the Fourteenth Amendment. *See Sandin v. Conner*, 515 U.S. 472 (1995).

B. The failure to provide Plaintiff with any notice between November 1, 2012 and August 14, 2014 violated his due process rights under the Fourteenth Amendment.

C. Providing Plaintiff with rote notices that reflected years-old intelligence between August 14, 2014 and May 1, 2015 violated Plaintiff's due process rights under the Fourteenth Amendment.

Date: October 2, 2020  Respectfully submitted,

/s/ *Stephen H. Weil*

Jon Loevy – jon@loevy.com
Stephen H. Weil – weil@loevy.com
Loevy & Loevy
311 N. Aberdeen Street
Third Floor
Chicago, IL 60607
312-243-5900

Jennifer Blagg
Eric Bisby
jennifer@blagglaw.net
eric@blagglaw.net
Attorney for Plaintiff
1333 West Devon Ave, Suite 267
Chicago Il, 60660
(773) 859-0081

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 2, 2020, a true and correct copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

      /s/ *Stephen H. Weil*