# Exhibit 6

| **Illinois** | ***ADMINISTRATIVE*** | Number | 05.12.101 |
|---|---|---|---|
| Department of | ***DIRECTIVE*** | Page | **1 of 10** |
| **Corrections** | | Effective | **5/1/2014** |

| Section | **05** | **Operations** |
|---|---|---|
| Subsection | **12** | **Special Issues** |
| Subject | **101** | **Administrative Detention Placement** |

## I. POLICY

### A. Authority

730 ILCS 5/3-2-2

20 Ill. Adm. Code 504

### B. Policy Statement

The Department shall ensure offenders placed in administrative detention be provided living conditions in accordance with Department Rule 504.

## II. PROCEDURE

### A. Purpose

The purpose of this directive is to establish written procedures for staff to govern the placement and supervision of offenders in administrative detention.

### B. Applicability

This directive is applicable to all correctional facilities, excluding Transitional Security facilities, within the Department.

### C. Facility Reviews

A facility review of this directive shall be conducted at least annually.

### D. Designees

Individuals specified in this directive may delegate stated responsibilities to another person or persons unless otherwise directed.

### E. Definitions

Administrative Detention – in accordance with Department Rule 504, Subpart D; a non-disciplinary status of confinement that removes an offender from general population or restricts the individual's access to general population.

### F. Requirements

1. The Chief Administrative Officer (CAO) of each correctional facility that houses offenders

IDOC 007730

*Illinois Department of* **Corrections**

| ***ADMINISTRATIVE DIRECTIVE*** | Effective | Page | Number |
|---|---|---|---|
| | **5/1/2014** | **2 of 10** | **05.12.101** |

placed in administrative detention shall develop a local written procedure to ensure compliance with this directive.

**G.**     **General Provisions**

1.     Administrative detention shall consist of three phases with Phase I being the most restrictive and Phase III being the least restrictive.  Offenders shall be afforded privileges in accordance with Phase I upon initial placement.

2.     Offenders placed in administrative detention shall be housed in the segregation units of the facility.

   a.     Offenders shall be subject to double celling.  Double celling shall only occur after an Offender Special Placement Double Cell Assessment, DOC 0303, has been completed and approved in accordance with Administrative Directive 05.03.107.

   b.     Offenders shall be double celled only with other offenders in the same phase.

**H.**     **Review Committee**

The CAO shall appoint an Administrative Detention Review Committee (Committee) to assess and respond to security, operational and program concerns; make appropriate recommendations to the CAO for procedural changes; perform administrative detention offender hearings, reviews and placement recommendations; assess routine security practices; and review relevant offender issues.

1.     The Committee shall minimally consist of the following:

   a.     Assistant Warden of Operations who shall serve as the Committee Chairperson;

   b.     a Mental Health Unit Professional;

   c.     an Intelligence Officer;

   d.     the Intelligence Deputy Commander;

   e.     the Clinical Services Supervisor; and

   f.     Other persons as identified by the CAO.

2.     The Committee shall meet, at minimum, every 30 days.   Meeting minutes shall be taken and an Administrative Detention Review, DOC 0417, shall be completed for each offender review. Copies of both shall be distributed to the following:

   a.     Chief Administrative Officer

   b.     Committee Chairperson

   **NOTE**:  The completed DOC 0417 shall be confidential and shall only be distributed to authorized staff.

IDOC 007731

*Illinois Department of Corrections*

| ADMINISTRATIVE DIRECTIVE | Effective 5/1/2014 | Page 3 of 10 | Number 05.12.101 |
|---|---|---|---|

I.    **Administrative Detention Reviews**

    1.    A file containing all relevant documentation pertaining to the administrative detention placement shall be maintained on each offender placed in administrative detention. The file shall be created and retained by the parent facility. A new file shall be created upon transfer to a new parent facility. Files shall be confidential.

    2.    Recommendations and decisions that an offender is to be moved to a less restrictive phase or a transfer to general population shall be supported by evidence that an offender's actions or conduct deem him or her as a non-threat to the safety and security of the Department, and that no credible intelligence exists to the contrary. This may include, but not be limited to, no threat of violence toward staff or other offenders, no evidence of security threat group activity or leadership status and no threat of escape.

    3.    Placement reviews, recommendations and decisions shall be guided in accordance with the considerations set forth in 20 Ill. Adm. Code 504.660(b), and shall be documented on the DOC 0417. The placement review, recommendation and decision shall consider, at minimum:

        a.    Offender disciplinary reports;

        b.    Initial administrative detention placement documents;

        c.    An offender summary, prepared by the Intelligence Unit, documenting any updates or developments to intelligence information related to the safety and security of the facility;

        d.    Mental health evaluations; and

        e.    Offender oral or written statements, if provided.

    4.    Absent a finding of exigent circumstances by the Committee, an administrative detention review hearing shall be conducted within thirty days after an offender's initial placement in administrative detention.

        a.    The offender shall be provided a Notice of Administrative Detention Placement Review, DOC 0432, giving notice, in writing, of the date of the Committee hearing and, with reasonable specificity, the Department's justification for placement at least five working days prior to the hearing.

        b.    The offender shall be afforded the opportunity to appear at the placement hearing to provide oral or written statements relevant to his or her administrative detention placement and to present relevant documents.

        c.    In determining whether an offender is appropriately placed in administrative detention, the Committee shall consider, but shall not be limited to, factors referenced in subsection II.I.3.

        d.    The review shall be documented on the DOC 0417.

        e.    The Committee shall make a recommendation to the CAO who, with the approval

*Illinois* Department of **Corrections**

| ADMINISTRATIVE DIRECTIVE | Effective | Page | Number |
|---|---|---|---|
| | 5/1/2014 | 4 of 10 | 05.12.101 |

of the Director or Deputy Director, shall make the final approval to continue placement in administrative detention.

f.      The decision shall be documented, in writing, and a copy provided to the offender within 30 days of the Committee review, and the original shall be maintained in the offender's master file.

5.      The Committee shall meet at least once every 90 days, or sooner if deemed appropriate, to conduct a review of each offender placed in administrative detention to determine if continued placement is appropriate.  The Committee shall afford the offender the opportunity to appear in-person before the Committee at six-month intervals during the time of one of the 90-day reviews.

a.      The offender shall be provided a DOC 0432, giving notice, in writing, of the date of the review and, with reasonable specificity, the Department's justification for continued placement, at least five working days prior to the hearing.

b.      The offender shall be afforded the opportunity to provide written statements and documents relevant to his or her administrative detention placement in advance of the review.  For the purpose of the in-person hearing, the offender may also provide oral statements relevant to the placement.

c.      In determining whether to recommend the continued placement, the Committee shall consider, but shall not be limited to, factors referenced under subsection II.I.3.

d.      The Committee shall make a recommendation to the CAO for final approval for either the offender to remain in administrative detention, move to a less restrictive phase or be returned to general population.

e.      The Committee may recommend placement of an offender in a less restrictive phase, but may only recommend placement of an offender in a  more restrictive phase consistent with the disciplinary restrictions imposed by the Adjustment Committee.

f.      The review recommendation shall be documented on the DOC 0417.

g.      The decision shall be documented in writing, and a copy provided to the offender within 30 days of the Committee review, and the original shall be maintained in the offender's master file.

6.      Any offender placed in administrative detention who receives a Disciplinary Report that results in an imposition of disciplinary segregation shall, upon completion of the disciplinary segregation term, be reviewed by the Committee for return to  administrative detention or placement in general population, as appropriate.

a.      The review shall occur prior to the offender's release from disciplinary segregation.

b.      The offender shall be provided a DOC 0432 giving notice, in writing, of the date of the hearing at least five working days prior to the hearing.

| ADMINISTRATIVE DIRECTIVE | Effective | Page | Number |
|---|---|---|---|
| | 5/1/2014 | 5 of 10 | 05.12.101 |

    c.    The offender need not be present during the review; however, he or she shall be afforded the opportunity to provide written statements and documents relevant to his or her administrative detention placement in advance of the review.

    d.    The review recommendation shall be documented on the DOC 0417, and forwarded to the CAO for his or her final determination.

    e.    The decision shall be documented, in writing, and a copy provided to the offender within 30 days of the Committee review, as well as a copy to be maintained in the offender's master file.

**NOTE**: If the CAO finds continued placement in administrative detention for the offender appropriate after a term of disciplinary segregation, based on the Committee's recommendation, the offender shall be afforded privileges in accordance with Phase I, unless the Adjustment Committee recommends otherwise.

**J.**    **Operations**

    1.    Clothing

        a.    Offenders in Phase I shall be clothed in a tan jumpsuit, or other designated color jumpsuit.

        b.    Offenders in Phase II and III shall be clothed in Statue blue uniforms.

    2.    Movement

        a.    Prior to any movement, the offender shall store his or her property in accordance with Administrative Directive 05.10.110.

        b.    During normal movement, before an offender's cell is opened:



            (1)

            (2)

            (3)

            (4)

            (5)

            **NOTE**: T

        c.

*Illinois* Department of **Corrections**

| *ADMINISTRATIVE DIRECTIVE* | Effective | Page | Number |
|---|---|---|---|
| | 5/1/2014 | 6 of 10 | 05.12.101 |



    d.

    e.

    f.    Emergency Situations

        (1)

        (2)

        (3)

            (a)

            (b)

        (4)    If an offender refuses any lawful order and force may be necessary, staff shall respond appropriately in accordance with Administrative Directive 05.01.173.

        (5)    The CAO shall designate a secure area to be utilized to hold administrative detention offenders in the event an evacuation is necessary.

            (a)    Staff supervising offenders shall be required, on a quarterly basis, to perform fire evacuation roles and activities and demonstrate familiarity with evacuation procedures.

            (b)    The evacuation drills shall be performed without evacuating administrative detention offenders.

    3.    Security Searches and Inspections



    a.

    b.

    c.

IDOC 007735

*Illinois Department of Corrections*

| ADMINISTRATIVE DIRECTIVE | Effective 5/1/2014 | Page 7 of 10 | Number 05.12.101 |
|---|---|---|---|



    4.    Safety, Maintenance and Sanitation

        a.    The Segregation Supervisor shall conduct formal inspections of administrative detention areas at least every 48 hours to ensure the cleaning schedule and requirements established by the facility's Safety and Sanitation Coordinator are being met.

        b.    Administrative detention offenders shall be required to maintain safety and sanitation standards within their assigned living areas.

    5.    All offender work assignments within areas housing administrative detention offenders shall be processed through normal assignment proceedings, reviewed by the Intelligence Unit and approved by the CAO (no designee).

        a.    Offender workers shall always be under the direct supervision of security staff.

        b.    During movement of administrative detention offenders, offender workers will be secured in a zone that is not affected by the movement.

        **NOTE**:  All work performed by offenders inside areas housing administrative detention offenders shall be done in the absence of administrative detention offenders.

**K.**    **Privileges**

    1.    Offender privileges shall be afforded in accordance with Attachment A.

    2.    Offenders in Phase I shall be allowed to recreate individually.  If space and time do not provide for individual recreation, up to five Phase I offenders may recreate together with approval of the CAO.  Offenders in Phases II and III may share yard with other Phase II or III offenders up to a maximum of five offenders if separation is not possible.

    3.    Procedures for visits shall be in accordance with Administrative Directive 05.01.106.

        a.    All visits shall be non-contact; however, subject to the discretion and approval of the CAO and as security measures allow, Phase III offenders may request to

*Illinois Department of Corrections*

| ADMINISTRATIVE DIRECTIVE | Effective | Page | Number |
|---|---|---|---|
| | 5/1/2014 | 8 of 10 | 05.12.101 |

participate in the "Meet & Greet" visitor contact at the beginning and end of the visit.

    b.    Offender Visiting Lists, DOC 0004, submitted by administrative detention offenders, shall be reviewed by the Investigations and Intelligence Unit and submitted to the CAO for final approval.

4.    Procedures for telephone calls shall be in accordance with Administrative Directive 05.03.105.

    a.    Any Offender Telephone Number List Request, DOC 0193, submitted by an administrative detention offender, shall be reviewed by the assigned Intelligence Officer for approval.

    b.    All calls shall be documented in the Administrative Detention Telephone Log.

5.    Offenders placed in administrative detention shall be in unassigned status and shall not be given work assignments.

6.    Offenders placed in administrative detention shall be allowed the same audio-visual privileges he or she had prior to administrative detention placement, unless otherwise determined by the Adjustment Committee.

    **NOTE**:  Additional audio-visual privileges may be permitted, as approved by the CAO.

7.    Commissary orders shall be personally prepared by a Correctional Supply Supervisor and delivered to the offenders by security staff.

    **NOTE**:  The CAO may restrict any item due to safety and security concerns.

L.    **Programs and Services**

    1.    Education

        a.    Offenders placed in administrative detention may request basic educational materials in the form of worksheets and workbooks from the library or Educational Facility Administrator.

        b.    Offenders placed in administrative detention shall have access to the library consistent with library schedules.

    2.    Health Care Services

        a.    Routine medical services shall be offered to administrative detention offenders inside the cell house.

        b.    Medical staff shall conduct rounds daily and report offender requests to the appropriate medical personnel.

            (1)    Dental complaints shall be directed to the Dental Department at the Health Care Unit, and dental personnel shall screen offenders at the cell

*Illinois* Department of **Corrections**

| ADMINISTRATIVE DIRECTIVE | Effective | Page | Number |
|---|---|---|---|
| | 5/1/2014 | 9 of 10 | 05.12.101 |

house and offenders shall be scheduled for appointments, if necessary.

(2) Medical complaints shall be handled via doctor's call line at an examining room inside the offender's housing unit. If the condition cannot be treated in the examining room, the offender shall be referred to the Health Care Unit.

(3) Psychiatric complaints shall be handled inside the offender's housing unit on an individual basis.

c. Mental health reviews and referrals shall be performed in accordance with Administrative Directive 04.04.100.

d. Medications shall be dispensed in accordance with local policy.

3. Religious Services

a. Administrative detention offenders shall have access to chaplaincy staff on a weekly basis.

b. Religious services shall take place at cell front.

**Authorized by:**

*[Original Authorized Copy on File]*
**S.A. Godinez**
**Director**

*Illinois Department of Corrections*

| ADMINISTRATIVE DIRECTIVE | Effective 5/1/2014 | Page 10 of 10 | Number 05.12.101 |
|---|---|---|---|

## Attachment A

| Privilege | Phase I | Phase II | Phase III |
|---|---|---|---|
| **Recreation / Yard** | Five hours per week (minimum) | Five hours per week (minimum) | Five hours per week (minimum) |
| **Visits** | Two 1-hour visits per month (non-contact) | Three 90-minute visits per month (non-contact) | Four 2-hour visits per month (with Meet & Greet as security measures allow) |
| **Telephone** | One 15-minute phone call per month | Two 15-minute phone calls per month | Two 15-minute phone calls per week |
| **Audio/Video Items** | Same privileges had prior to placement in administrative detention, unless otherwise determined by the Adjustment Committee | Same privileges had prior to placement in administrative detention, unless otherwise determined by the Adjustment Committee | Same privileges had prior to placement in administrative detention, unless otherwise determined by the Adjustment Committee |
| **Property** | Permitted property with no food items | Permitted property with food items | Permitted property with food items |
| **Commissary** | One shop per month - $30 max.; basic hygiene and correspondence items only | A & B Grades: Same as population ($40 max.) C Grade: One shop per month ($30 max.) | A & B: Same as population C Grade: One shop per month ($30 max.) |
| **Educational Programming** | GED materials and testing as approved by CAO and Education Administrator | GED materials and testing as approved by CAO and Education Administrator | GED materials and testing as approved by CAO and Education Administrator |
| **Library Services** | Library and Law Library access | Library and Law Library access | Library and Law Library access |
| **Religious Services** | Services at cell front | Services at cell front | Services at cell front |
| **Housing Assignments** | Subject to Double Celling (with other Phase I offenders only) | Subject to Double Celling (with other Phase II offenders only) | Subject to Double Celling (with other Phase III offenders only) |
| **Meals** | In Cell | In Cell | In Cell |
| **Showers** | Two per week (Ten minutes minimum) | Two per week (Ten minutes minimum) | Two per week (Ten minutes minimum) |
| **Laundry** | Weekly | Weekly | Weekly |

IDOC 007739