# Exhibit 10

| Institution | Living Unit | Offender | Start Date | End Date | Placement Reason | Modified By | Modified On |
|---|---|---|---|---|---|---|---|
| MENARD | MEN:MEN:N2:B:05:L | | 7/25/2016 8:43 | | ROUTINE | JAMES ELLIS | 7/25/2016 8:45 |
| MENARD | MEN:MEN:N2:B:05:L | | 9/23/2015 11:09 | 7/25/2016 8:40 | ROUTINE | IDOC Service Admin # | 5/3/2017 18:42 |
| MENARD | MEN:MEN:N2:B:05 | | 9/3/2015 9:04 | 9/18/2015 0:00 | ROUTINE | IDOC Service Admin # | 9/20/2016 15:50 |
| MENARD | MEN:MEN:N2:B:05 | | 9/3/2015 9:04 | 9/23/2015 0:00 | ROUTINE | IDOC Service Admin # | 11/16/2016 14:24 |
| MENARD | MEN:MEN:N2:B:05 | | 7/17/2015 8:47 | 9/1/2015 0:00 | ROUTINE | IDOC Service Admin # | 5/3/2017 18:42 |
| MENARD | MEN:MEN:N2:B:05 | | 12/2/2014 11:18 | 5/28/2015 0:00 | ROUTINE | IDOC Service Admin # | 5/3/2017 18:42 |
| MENARD | MEN:MEN:N2:B:05 | | 10/27/2014 16:32 | 12/1/2014 0:00 | ROUTINE | Data Migration | 12/12/2015 1:09 |
| MENARD | MEN:MEN:N2:B:05 | | 7/14/2014 17:13 | 9/3/2015 0:00 | ROUTINE | IDOC Service Admin # | 2/1/2017 17:20 |
| MENARD | MEN:MEN:N2:B:05 | | 5/1/2014 10:58 | 7/14/2014 0:00 | ROUTINE | IDOC Service Admin # | 11/21/2016 12:31 |
| MENARD | MEN:MEN:N2:B:05 | | 4/2/2014 15:02 | 5/1/2014 0:00 | ROUTINE | Data Migration | 12/12/2015 5:17 |
| MENARD | MEN:MEN:N2:B:05 | | 2/10/2014 18:16 | 4/2/2014 0:00 | ROUTINE | IDOC Service Admin # | 2/13/2017 12:47 |
| MENARD | MEN:MEN:N2:B:05 | | 1/23/2014 14:21 | 2/6/2014 0:00 | ROUTINE | Data Migration | 12/12/2015 0:59 |
| MENARD | MEN:MEN:N2:B:05 | | 1/23/2014 14:11 | 2/6/2014 0:00 | ROUTINE | IDOC Service Admin # | 2/13/2017 12:47 |
| MENARD | MEN:MEN:N2:B:05 | B79268 SHEARRILL,KILSEY | 11/7/2013 11:38 | 1/23/2014 0:00 | ROUTINE | IDOC Service Admin # | 11/21/2016 12:31 |
| MENARD | MEN:MEN:N2:B:05 | R51352 ROMERO,FRANCISCO | 11/1/2013 9:37 | 11/11/2013 0:00 | ROUTINE | IDOC Service Admin # | 7/20/2016 19:55 |
| MENARD | MEN:MEN:N2:B:05 | | 12/20/2012 9:11 | 7/24/2013 0:00 | ROUTINE | IDOC Service Admin # | 11/22/2016 17:47 |
| MENARD | MEN:MEN:N2:B:05 | | 9/7/2012 8:17 | 11/1/2013 0:00 | ROUTINE | IDOC Service Admin # | 11/21/2016 12:31 |
| MENARD | MEN:MEN:N2:B:05 | | 8/2/2012 16:16 | 10/25/2012 0:00 | ROUTINE | Data Migration | 12/12/2015 4:39 |
| MENARD | MEN:MEN:N2:B:05 | | 4/25/2012 10:21 | 7/2/2012 0:00 | ROUTINE | IDOC Service Admin # | 10/12/2016 16:18 |
| MENARD | MEN:MEN:N2:B:05 | | 4/4/2012 8:49 | 7/2/2012 0:00 | ROUTINE | Data Migration | 12/12/2015 1:06 |
| MENARD | MEN:MEN:N2:B:05 | | 1/14/2012 12:47 | 4/25/2012 0:00 | ROUTINE | Data Migration | 12/12/2015 0:24 |
| MENARD | MEN:MEN:N2:B:05 | | 1/14/2012 12:47 | 4/1/2012 0:00 | ROUTINE | Data Migration | 12/12/2015 4:59 |
| MENARD | MEN:MEN:N2:B:05 | | 7/28/2011 7:56 | 1/14/2012 0:00 | ROUTINE | Data Migration | 12/12/2015 0:14 |
| MENARD | MEN:MEN:N2:B:05 | | 7/27/2011 12:40 | 7/28/2011 0:00 | ROUTINE | Data Migration | 12/12/2015 3:11 |