# Exhibit 11

| Institution | Living Unit | Offender | Start Date | End Date | Placement Reason |
|---|---|---|---|---|---|
| STATEVILLE | STA:STA:X:LC:10 | R51352 ROMERO,FRANCISCO | 1/14/2014 16:20 | 2/22/2014 0:00 | ROUTINE |
| STATEVILLE | STA:STA:X:LC:10 | B27096 GOODMAN,DEWAYNE | 2/22/2014 21:16 | 4/1/2014 0:00 | TRANSFER |

IDOC 007741