IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Francisco Romero, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 15-cv-00713 |
| | ) | |
| Michael Atchison *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO SEAL**

Pursuant to Local Rule 26.2(c)(5), Plaintiff, through his undersigned counsel, moves the Court permit the filing of certain exhibits to Plaintiff's Local Rule 56.1 Statement of Undisputed Facts (ECF 285) under seal.

In support of this motion Plaintiffs state as follows:

1.      Certain Exhibits to Plaintiff's Local Rule 56.1 Statement (ECF 285-1; 285-4; 285-7; 285-8; 285-12; and 285-13) have been marked as "CONFIDENTIAL" by the defendants. Since these exhibits all concern the operation of a correctional institution, Plaintiff, out of an abundance of caution, has filed them under seal.

2.      Another exhibit to Plaintiff's Local Rule 56.1 Statement (ECF 285-3) is a document that was sealed in this case by the Court's order (*see* ECF 133).

3.      Pursuant to Local Rule 26.2(c), Plaintiff has filed electronically Plaintiff's Local Rule 56.1 Statement with confidential exhibits excluded (ECF 285 and exhibits), but have also provisionally filed, under seal, a complete version of the exhibits which includes the confidential exhibits (ECF 287 and exhibits). Plaintiffs now seek permission to file the latter set of exhibits (ECF 287 and exhibits) under seal.

1

4.      Plaintiff is transmitting ECF 287 and all sealed exhibits to defense counsel of record via email.

**WHEREFORE**, Plaintiffs respectfully request that the Court enter an order permitting Plaintiffs to file ECF 287 and its exhibits under seal.

Date:  October 3, 2020                          Respectfully submitted,

                                                /s/ *Stephen H. Weil*


Jon Loevy – jon@loevy.com                       Jennifer Blagg
Stephen H. Weil – weil@loevy.com                Eric Bisby
Loevy & Loevy                                   jennifer@blagglaw.net
311 N. Aberdeen Street                          eric@blagglaw.net
Third Floor                                     Attorney for Plaintiff
Chicago, IL 60607                               1333 West Devon Ave, Suite 267
312-243-5900                                    Chicago Il, 60660
                                                (773) 859-0081

                                                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2020, a true and correct copy of the foregoing was filed electronically.  Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.


/s/ *Stephen H. Weil*