**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FRANCISCO ROMERO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 15-cv-713 |
| vs. ) | |
| ) | Honorable Sharon Johnson Coleman |
| MICHAEL P. ATCHISON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO SEAL DKT. NO. 283 AND EXHIBITS**

Defendants, by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois, and pursuant to Local Rule 26.2(c)(5), respectfully move the Court to permit the filing of certain exhibits to Defendants' Local Rule 56.1 Statement of Undisputed Facts, [Dkt. No. 283], under seal. In support of this motion, Defendants state as follows:

1. Certain Exhibits to Defendants' Local Rule 56.1 Statement [Dkt. No. 283-7; 283-8; 283-9] have been marked as "CONFIDENTIAL" by Defendants.

2. Defendants now seek permission to file Defendants' Local Rule 56.1 Statement [Dkt No. 283 and exhibits] under seal as these exhibits all concern the safety and security operation of a correctional institution.

3. Defendants are transmitting ECF 283 and all sealed exhibits to defense counsel of record via email.

WHEREFORE, Defendants respectfully request that the Court enter an order permitting Defendants to file ECF 283 and its exhibits under seal.

Dated: October 7, 2020 Respectfully submitted,

KWAME RAOUL
 Attorney General of Illinois /s/ *John M. Catalano, Jr.*
JOHN M. CATALANO, JR.
Assistant Attorneys General
Office of the Attorney General
100 W. Randolph St., 13th
Floor Chicago, Illinois 60601
jcatalano@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2020, I electronically filed the foregoing *Defendants' Motion To Seal Dkt. No. 283 And Exhibits* with the Clerk of Court using the CM/ECF system, which will send notification to the following participants on record.

Respectfully Submitted,

**KWAME RAOUL** ␣/s/ *John M. Catalano, Jr.*
Attorney General of Illinois JOHN M. CATALANO, JR.
*Assistant Attorney General*
Office of the Illinois Attorney General
General Law Bureau
100 West Randolph Street, 13 FL
Chicago, IL 60601
jcatalano@atg.state.il.us