# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Francisco Romero

                                Plaintiff,

v.                                                Case No.: 1:15−cv−00713
                                                   Honorable Sharon Johnson Coleman

Michael P. Atchison, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 15, 2020:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Defendants' motion to seal dkt. no. 283 and exhibits [290] is granted. The Clerk's Office is directed to seal docket entry 283, defendants local rule 56.1 statement and its attached exhibits. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.